denied. *Mr. Joseph McCormack* for petitioner. *Mr. Thomas V. Koykka* for respondent.

No. 127. HEMLER *v.* HOPE PRODUCING Co. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. G. P. Bullis* for petitioner. *Mr. Henry P. Dart, Jr.* for respondent.

No. 130. STEPHENS ET AL. *v.* ST. LOUIS UNION TRUST Co. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. George Thompson, Jr., Sidney L. Samuels, Rosser J. Coke,* and *Charles Kassel* for petitioners. *Mr. Henry Davis* for respondent.

No. 133. KROUSE *v.* LOWDEN ET AL., TRUSTEES. October 13, 1941. Petition for writ of certiorari to the Supreme Court of Kansas denied. *Mr. Charles A. Horsky* for petitioner.

No. 73. PYLE *v.* TENNESSEE CENTRAL RAILWAY Co. October 13, 1941. Petition for writ of certiorari to the Supreme Court of Tennessee denied. *Mr. J. W. Stone* for petitioner. *Mr. Geo. H. Armistead, Jr.* for respondent.

No. 134. ARROW DISTILLERIES, INC., AN ILLINOIS CORPORATION, *v.* ARROW DISTILLERIES, INC., A MICHIGAN CORPORATION. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Donald A. Gardiner* for petitioner.